JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DNE Associates, | ) | SACV 10-1418 JVS (RNBx) |
| Plaintiff, | ) | |
| | ) | Order of Remand |
| v. | ) | |
| | ) | |
| Isaisas Torres *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

     Defendant Isaisas Torres *et al.* ("Torres") removed this action from Superior Court of the State of California for the County of Orange. No explicit basis for jurisdiction was asserted, although Torres there have been violations of federal law in the underlying transactions. (Notice of Removal, p. 9.) The Court ordered Torres to show cause in writing why the case should not be remanded to the Superior Court of the State of California for the County of Orange for lack of jurisdiction. (Docket No. 3.) Torres has not responded.

1 | The case is remanded the Superior Court of the State of California for
2 | the County of Orange for lack of jurisdiction.

Dated: October 25, 2010

_____

James V. Selna

United States District Judge